DAVIS, Agent, v. HERVEY. (No. 2606.) (Court of Civil Appeals of Texas. Texarkana. July 6, 1922. Rehearing Denied Oct. 12, 1922.) Appeal from District Court, Morris County; R. T. Wilkinson, Judge. Action by R. M. Hervey against James C. Davis, Agent. Judgment for plaintiff, and defendant appeals. Affirmed. Schluter & Singleton, of Jefferson, for appellant. French & Price, of Daingerfield, for appellee.

HODGES, J. This appeal is from a judgment in favor of the appellee for $85 as the value of a horse killed upon the railway track, and $20

as attorney's fees. The evidence is sufficient to support a finding that the animal was struck at a point where the track was unfenced, and not within any switching limits. The judgment is affirmed.

---

ABBOTT v. STEGALL, POLLOCK & STEVENSON. (Supreme Court of Arkansas. Jan. 16, 1922.) Appeal from Clark Chancery Court; James D. Shaver, Chancellor.

PER CURIAM. Appeal dismissed for noncompliance with rule 9.

---

ADAMS v. STATE. (Supreme Court of Arkansas. Dec. 5, 1921. Appeal from Circuit Court, Yell County, Danville District; A. B. Priddy, Judge.

PER CURIAM. Appeal dismissed on appellant's motion.